Armond M. Jackson, SBN 281547
ajackson@jacksonapc.com
Andrea Fernandez-Jackson SBN 295924
afernandez@jacksonapc.com
Anthony S. Filer Jr. SBN 337704
afiler@jacksonapc.com
**Jackson APC**
2 Venture Plaza, Ste. 240
Irvine, CA 92618
Phone (949) 281-6857
Fax (949) 777-6218

Attorneys for Plaintiff ROCIO ROSALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ROSALES, as an individual and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>DT EMPLOYER LLC, a Virginia Corporation; HILTON EMPLOYER INC., a Virginia Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendant. | Case No.  8:21−cv−01146 CJC (ADSx)<br><br>Assigned to Honorable Judge Cormac J. Carney and Magistrate Judge, Honorable Autumn D. Spaeth<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: May 26, 2021 |

NOTICE OF SETTLEMENT

- 1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that the above-captioned case has settled after mediation with David A. Rotman, Esq. The Parties are finalizing the long-form settlement agreement. The Parties request the Court vacate all current dates.

Dated: June 7, 2023,    Jackson APC

By: /s/ *Armond M. Jackson*
Armond M. Jackson
Attorneys for Plaintiff Rocio Rosales

NOTICE OF SETTLEMENT

- 2

`

**PROOF OF SERVICE**
STATE OF CALIFORNIA
COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 Venture Plaza, Ste. 240, Irvine, California 92618.

     On June 7, 2023, referring to the foregoing document described as:

**NOTICE OF SETTLEMENT**

Was served on the interested parties in this action:

| | |
|---|---|
| Cynthia L. Filla (SBN 184638)<br>Paul J. Cohen (SBN 293797)<br>Laila Rashid (SBN 328808)<br>JACKSON LEWIS P.C.<br>725 South Figueroa Street, Suite 2500 Los Angeles, California 90017-5408<br>Telephone: (213) 689-0404<br>Facsimile: (213) 689-0430<br>cynthia.filla@jacksonlewis.com<br>paul.cohen@jacksonlewis.com<br>laila.rashid@jacksonlewis.com | Attorneys for Defendants<br>DT EMPLOYER LLC, and<br>HILTON EMPLOYER INC |

**(XX) [BY CM/ECF NOTICE OF ELECTRONIC FILING]:** I electronically filed the document(s) with the Clerk of the Court by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

     Executed on June 7, 2023, at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                  /s/Yulisa Garcia